## City of Chicago, Defendant in Error, v. Ruth Long, Plaintiff in Error.

### Gen. No. 18,743.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HENRY C. BEITLER, Judge, Presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed March 9, 1914.

### Statement of the Case.

Prosecution by the City of Chicago against Ruth Long based upon the violation by defendant of an ordinance of the City of Chicago prohibiting the keeping of houses of ill fame or assignation. From a judgment of conviction, defendant brings error.

D. B. BRILLOW, for plaintiff in error.

WILLIAM H. SEXTON and JAMES S. McINERNEY, for defendant in error; ALBERT J. W. APPELL and ULYSSES S. SCHWARTZ, of counsel.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 867*—*what constitutes waiver of joint trial for violation of ordinance.* In a prosecution against defendant for violation of an ordinance against the keeping of houses of ill fame or assignation, the fact that defendant's case was tried with cases against three women charged with being inmates and two men charged with being patrons of the house is not available to defendant where the jury was sworn separately in each case to try the issues and no objection was made to the jury being sworn to try the issues in the other cases.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.